UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18CR00272 AGF |
| JAROD PARKER, | ) ) ) |
| Defendant. | ) |

## MOTION TO SEAL

Comes now the United States of America, by and through its attorneys, Richard Callahan, United States Attorney for the Eastern District of Missouri, and Tracy L. Berry, Assistant United States Attorney for said District, and seeks leave to file its response to defendant's motion for release.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

s/ *Tracy Lynn Berry*
TRACY LYNN BERRY #014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

### CERTIFICATE OF SERVICE

Copy of the foregoing was sent through the court's electronic filing system this 11th day of September, 2018, to: Robert Taaffe, Esq.

s/ Tracy Lynn Berry
ASSISTANT UNITED STATES ATTORNEY

1